## Lone Star College

Summary 2010 Census Total and Voting Age Population

| District | Persons | Deviation | Hispanic % of Total Population | Non-Hispanic Anglo % of Total Population | Non-Hispanic Black % of Total Population | Non-Hispanic Asian % of Total Population | Non-Hispanic Other % of Total Population |
|---|---|---|---|---|---|---|---|
| 1 | 201,588 | 1.88% | 32.40% | 41.05% | 16.02% | 8.27% | 2.26% |
| 2 | 199,666 | 0.91% | 32.58% | 35.97% | 25.46% | 3.72% | 2.27% |
| 3 | 194,773 | -1.56% | 36.86% | 29.11% | 22.54% | 9.67% | 1.81% |
| 4 | 190,237 | -3.86% | 70.61% | 9.04% | 15.85% | 3.66% | 0.84% |
| 5 | 202,211 | 2.20% | 16.37% | 75.08% | 3.40% | 3.14% | 2.01% |
| 6 | 196,878 | -0.50% | 36.58% | 23.66% | 29.54% | 8.50% | 1.73% |
| 7 | 194,188 | -1.86% | 27.69% | 64.57% | 4.92% | 1.13% | 1.68% |
| 8 | 195,318 | -1.29% | 18.31% | 68.30% | 8.30% | 2.92% | 2.18% |
| 9 | 205,676 | 3.95% | 18.41% | 65.53% | 6.99% | 6.92% | 2.14% |
| **Totals** | **1,780,535** | | **31.96%** | **46.08%** | **14.74%** | **5.34%** | **1.89%** |

**Ideal Size = 1,780,535 / 9 = 197,866 per district.**

**Total Maximum Deviation = 3.95% - (-3.86%) = 7.8%**

Some percentages may be subject to rounding error.

| District | Total VAP* | | Hispanic % of Total VAP | Non-Hispanic Anglo % of Total VAP | Non-Hispanic Black % of Total VAP | Non-Hispanic Asian % of Total VAP | Non-Hispanic Other % of Total VAP |
|---|---|---|---|---|---|---|---|
| 1 | 137,787 | | 29.17% | 45.18% | 15.23% | 8.71% | 1.71% |
| 2 | 141,888 | | 29.29% | 41.09% | 23.84% | 4.02% | 1.76% |
| 3 | 139,224 | | 32.94% | 33.01% | 22.32% | 10.31% | 1.43% |
| 4 | 125,279 | | 66.58% | 11.81% | 16.54% | 4.34% | 0.73% |
| 5 | 145,217 | | 14.09% | 78.02% | 3.28% | 3.11% | 1.51% |
| 6 | 138,567 | | 33.02% | 28.05% | 28.46% | 9.03% | 1.43% |
| 7 | 140,495 | | 23.25% | 69.42% | 4.77% | 1.19% | 1.37% |
| 8 | 139,064 | | 16.04% | 71.34% | 7.87% | 3.06% | 1.69% |
| 9 | 141,898 | | 16.38% | 68.27% | 6.87% | 6.96% | 1.52% |
| **Totals** | **1,249,419** | | **28.45%** | **50.19%** | **14.26%** | **5.63%** | **1.47%** |

*Voting Age Population

Some percentages may be subject to rounding error.       9/27/2013

# Lone Star College

Detailed 2010 Census Total and Voting Age Population

| District | Persons | Ideal Size | Deviation | Hispanic | % of Total Hispanic Population | Anglo | % of Total Anglo Population | Black | % of Total Black Population | American Indian | % of Total American Indian Population | Asian | % of Total Asian Population | Hawaiian-Pacific Islander | % of Total Hawaiian Pacific Islander Population | Other | % of Total Other Population | Two or More | % of Total Two or More Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 201,588 | 197,866 | 1.88% | 65,320 | 32.40% | 82,754 | 41.05% | 32,286 | 16.02% | 443 | 0.22% | 16,676 | 8.27% | 125 | 0.06% | 443 | 0.22% | 3,541 | 1.76% |
| 2 | 199,666 | 197,866 | 0.91% | 65,043 | 32.58% | 71,823 | 35.97% | 50,843 | 25.46% | 461 | 0.23% | 7,421 | 3.72% | 626 | 0.31% | 448 | 0.22% | 3,001 | 1.50% |
| 3 | 194,773 | 197,866 | -1.56% | 71,795 | 36.86% | 56,691 | 29.11% | 43,911 | 22.54% | 418 | 0.21% | 18,841 | 9.67% | 87 | 0.04% | 425 | 0.22% | 2,605 | 1.34% |
| 4 | 190,237 | 197,866 | -3.86% | 134,328 | 70.61% | 17,205 | 9.04% | 30,152 | 15.85% | 201 | 0.11% | 6,956 | 3.66% | 72 | 0.04% | 237 | 0.12% | 1,086 | 0.57% |
| 5 | 202,211 | 197,866 | 2.20% | 33,101 | 16.37% | 151,820 | 75.08% | 6,876 | 3.40% | 709 | 0.35% | 6,355 | 3.14% | 118 | 0.06% | 371 | 0.18% | 2,861 | 1.41% |
| 6 | 196,878 | 197,866 | -0.50% | 72,018 | 36.58% | 46,587 | 23.66% | 58,148 | 29.54% | 409 | 0.21% | 16,727 | 8.50% | 88 | 0.04% | 390 | 0.20% | 2,511 | 1.28% |
| 7 | 194,188 | 197,866 | -1.86% | 53,770 | 27.69% | 125,390 | 64.57% | 9,563 | 4.92% | 806 | 0.42% | 2,196 | 1.13% | 52 | 0.03% | 224 | 0.12% | 2,187 | 1.13% |
| 8 | 195,318 | 197,866 | -1.29% | 35,761 | 18.31% | 133,393 | 68.30% | 16,202 | 8.30% | 614 | 0.31% | 5,710 | 2.92% | 297 | 0.15% | 336 | 0.17% | 3,005 | 1.54% |
| 9 | 205,676 | 197,866 | 3.95% | 37,860 | 18.41% | 134,789 | 65.53% | 14,385 | 6.99% | 606 | 0.29% | 14,235 | 6.92% | 119 | 0.06% | 386 | 0.19% | 3,296 | 1.60% |
| **Totals** | **1,780,535** | | | **568,996** | **31.96%** | **820,452** | **46.08%** | **262,366** | **14.74%** | **4,667** | **0.26%** | **95,117** | **5.34%** | **1,584** | **0.09%** | **3,260** | **0.18%** | **24,093** | **1.35%** |

**Ideal Size = 1,780,535 / 9 = 197,866 per district.**
Some percentages may be subject to rounding error.

| District | Total VAP* | | | Hispanic VAP | % of Total Hispanic VAP | Anglo VAP | % of Total Anglo VAP | Black VAP | % of Total Black VAP | American Indian VAP | % of Total American Indian VAP | Asian VAP | % of Total Asian VAP | Hawaiian-Pacific Islander VAP | % of Total Hawaiian-Pacific Islander VAP | Other VAP | % of Total Other VAP | Two or More VAP | % of Total Two or More VAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 137,787 | | | 40,190 | 29.17% | 62,257 | 45.18% | 20,980 | 15.23% | 330 | 0.24% | 12,001 | 8.71% | 97 | 0.07% | 243 | 0.18% | 1,689 | 1.23% |
| 2 | 141,888 | | | 41,558 | 29.29% | 58,295 | 41.09% | 33,828 | 23.84% | 361 | 0.25% | 5,704 | 4.02% | 384 | 0.27% | 243 | 0.17% | 1,515 | 1.07% |
| 3 | 139,224 | | | 45,859 | 32.94% | 45,951 | 33.01% | 31,070 | 22.32% | 318 | 0.23% | 14,353 | 10.31% | 63 | 0.05% | 239 | 0.17% | 1,371 | 0.98% |
| 4 | 125,279 | | | 83,411 | 66.58% | 14,800 | 11.81% | 20,717 | 16.54% | 154 | 0.12% | 5,431 | 4.34% | 39 | 0.03% | 122 | 0.10% | 605 | 0.48% |
| 5 | 145,217 | | | 20,464 | 14.09% | 113,293 | 78.02% | 4,756 | 3.28% | 557 | 0.38% | 4,510 | 3.11% | 83 | 0.06% | 215 | 0.15% | 1,339 | 0.92% |
| 6 | 138,567 | | | 45,758 | 33.02% | 38,874 | 28.05% | 39,442 | 28.46% | 306 | 0.22% | 12,514 | 9.03% | 66 | 0.05% | 244 | 0.18% | 1,363 | 0.98% |
| 7 | 140,495 | | | 32,662 | 23.25% | 97,527 | 69.42% | 6,708 | 4.77% | 593 | 0.42% | 1,674 | 1.19% | 39 | 0.03% | 129 | 0.09% | 1,163 | 0.83% |
| 8 | 139,064 | | | 22,300 | 16.04% | 99,209 | 71.34% | 10,948 | 7.87% | 476 | 0.34% | 4,253 | 3.06% | 218 | 0.16% | 209 | 0.15% | 1,451 | 1.04% |
| 9 | 141,898 | | | 23,242 | 16.38% | 96,874 | 68.27% | 9,745 | 6.87% | 415 | 0.29% | 9,882 | 6.96% | 78 | 0.05% | 203 | 0.14% | 1,459 | 1.03% |
| **Totals** | **1,249,419** | | | **355,444** | **28.45%** | **627,080** | **50.19%** | **178,194** | **14.26%** | **3,510** | **0.28%** | **70,322** | **5.63%** | **1,067** | **0.09%** | **1,847** | **0.15%** | **11,955** | **0.96%** |

*Voting Age Population
Some percentages may be subject to rounding error.

9/27/2013