United States District Court
Southern District of Texas
**ENTERED**
February 06, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

DORIS J. HUBBARD and
JESUS MAYOR, M.D.

     Plaintiffs

vs.

LONE STAR COLLEGE SYSTEM,
MICHAEL STOMA, ERNESTINE M.
PIERCE, IESHEIA WILSON, ART
MURILLO, DAVID A. VOGT, MYRIAM
SALDÍVAR, REBECCA BROUSSARD,
MIKE SULLIVAN, JIM CAIN, ALL IN
THEIR OFFICIAL CAPACITY AS
MEMBERS OF THE BOARD OF
TRUSTEES OF LONE STAR COLLEGE
SYSTEM

     Defendants

Civil Action No. 4:13-CV-01635

## ORDER GRANTING EMERGENCY MOTION TO MODIFY
## CONSENT JUDGMENT AND DECREE

On this day came on to be heard and considered Movants Lone Star College System's (the "System") and Lone Star College System Board of Trustees' (the "Board") Emergency Motion to Modify Consent Judgment and Decree. Having considered the briefing, any responses or opposition, the evidence, if any, and the arguments of counsel, if any, the Court finds that the Motion should be GRANTED.

The Court finds it retains jurisdiction to enforce and modify the terms of the Consent Decree.

The Court further finds Movants are Defendants or the successors of the Defendants as identified in the Consent Decree.

The Court finds that the true outcome of the November 5, 2024 Harris County general

HB: 4886-9574-0919.1

election cannot be determined with regards to the race for District 2 Trustee of the Lone Star College System.

The Court therefore

ORDERS the System to conduct a new election for the race for District 2 Trustee of the Lone Star College System.

The Court further GRANTS LEAVE for Movants to conduct a new election for District 2 Trustee of the Lone Star College System on a date outside of November 2024.

It is so ordered.

SIGNED on February 6, 2025, in Houston, Texas.

Kenneth M. Hoyt
United States District Judge

HB: 4886-9574-0919.1