United States District Court
Southern District of Texas
**ENTERED**
March 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DORIS J HUBBARD, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:13-CV-01635 |
| § | |
| LONE STAR COLLEGE SYSTEM, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER VACATING COURT'S ORDER [DE 19]

On this day, the Court considered Movants' Motion to Vacate Court Order Granting Emergency Motion to Modify Consent Judgment and Decree [DE 20].

The Court finds that the Motion should be GRANTED.

It is, therefore, ORDERED that Movants' Motion to Vacate Court Order Granting Emergency Motion to Modify Consent Judgment and Decree is GRANTED and the Court Order Granting Emergency Motion to Modify Consent Judgment and Decree [DE 19] is VACATED.

It is so ORDERED.

SIGNED on March 7, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

1 / 1